Keith Harris, Esquire (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
Email: kharris@bhsm-law.com

John P. Fuller, Esquire, *pro hac vice pending*
FULLER, FULLER & ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: jpf@fullerfuller.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually, | |
| Plaintiffs, | Case No. 3:17-cv-12260-FLW-DEA |
| vs. | |
| FIRST FIDELITY LAND COMPANY LLC, a New Jersey Corporation, | |
| Defendant. | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

**COMES NOW,** Plaintiffs, The Independence Project, Inc., and Ronald Moore, by and through their undersigned counsel and hereby files this Notice of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 30th day of January, 2018, a true and correct copy of the foregoing was filed via the Court's CM/ECF System and forwarded via Regular U.S. Mail to Defendant: First Fidelity Land Company, 6050 Boulevard East, Apt. 18B, West New York, NJ 07093.

_____
Keith Harris, Esquire (KH 4604)
Braff, Harris, Sukoneck & Maloof
570 Mt. Pleasant Ave., Suite 200
Livingston, NJ 07039-0657
Telephone: (973) 994-6677
Facsimile: (973) 994-1296
Email: kharris@bhsm-law.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Email: jpf@fullerfuller.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and RONALD MOORE, Individually,<br><br>Plaintiffs,<br>vs.<br>FIRST FIDELITY LAND COMPANY LLC, a New Jersey Corporation,<br><br>Defendant. | Case No. 3:17-cv-12260-FLW-DEA |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** is before the Court upon the Plaintiff's Notice of Voluntary Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). The Court having carefully reviewed said Notice of Voluntary Dismissal and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice of Voluntary Dismissal with Prejudice filed herein by the Plaintiff, be and the same is hereby approved;

2. The above-styled cause be and the same is hereby DISMISSED without prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Trenton, New Jersey, this 31st day of January, 2018.

_____
FREDA L. WOLFSON
UNITED STATE DISTRICT JUDGE

Copies furnished to:
Attorneys of record